IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS CORTEZ BURTON

     Petitioner,            No. CIV S-09-3332 EFB P

  vs.

G. SWARTOUT,

     Respondent.            <u>ORDER</u>

/

Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave proceed *in forma pauperis*, 28 U.S.C. § 1915(a). However, petitioner's affidavit regarding a statement of assets is incomplete as petitioner failed to answer each question on the form. Within 30 days from the day this order is served, petitioner may submit either the $5 filing fee or a complete affidavit as required by section 1915(a). Petitioner's failure to comply with this order will result in dismissal. The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*.

So ordered.

Dated: February 4, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE