IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS CORTEZ BURTON,

      Petitioner,                      No. 2:09-cv-3332 GEB KJN P

   vs.

S. SWARTHOUT,

      Respondent.                 ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 5, 2010, respondent filed a motion to dismiss this action as barred by the one-year statute of limitations contained in 28 U.S.C. § 2244(d). Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why his failure to oppose respondent's May 5, 2010 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion. Petitioner is

////

////

cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

DATED: June 9, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

burt3332.46h